MOHAMMED K. GHODS (SBN 144616)
JEREMY A. RHYNE (SBN 217378)
LEX OPUS
2100 N. Broadway, Suite 210
Santa Ana, CA 92706
Telephone:  (714) 558-8580
Facsimile:   (714) 558-8579
jrhyne@lexopusfirm.com

RUBEN ESCOBEDO (SBN 277866)
WORKWORLD LAW CORP.
A Professional Corporation
731 S. Lincoln Street
Santa Maria, CA 93458
Telephone:  (805) 335-2476
Facsimile:   (805) 892-6213
Email: ruben@workworldlaw.com

Attorney for Plaintiff, MICHAEL REAL, as Private
Attorney General for the State of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL REAL, as Private Attorney General for the State of California, <br><br> Plaintiff, <br><br> vs. <br><br> WILINE NETWORKS INC., a corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO: 8:20-cv-01606-SB-JDE <br><br> *Assigned for All Purposes to:* <br> *Hon. Stanley Blumenfeld, Jr. - Ctrm. 6c* <br><br> **STIPULATION FOR ORDER APPROVING SETTLEMENT** <br><br> *Trial Date:    July 26, 2021* <br> *Action Removed: August 27, 2020* |

Plaintiff MICHAEL REAL and Defendant WILINE NETWORKS, INC. hereby respectfully request that this Court enter the proposed order approving the

1
STIPULATION FOR ORDER APPROVING SETTLEMENT [FED.R.CIV.P. 41(a)(2)]

parties' settlement submitted concurrently herewith.

By way of background, Plaintiff filed a claim under the Private Attorneys General Act ("PAGA") with the State of California. After exhausting PAGA's administrative procedure, Plaintiff filed this action on behalf of the State and approximately 29 allegedly aggrieved employees of Defendant.

The operative First Amended Complaint alleges three claims: (1) Failure to Pay Earned Commissions by Employees; (2) Failure to Pay Wages at Termination; and (3) Inaccurate Wage Statements.

This action is a pure PAGA action in which Plaintiff sought the following civil penalties:

• $100 per aggrieved employee for alleged violations on one occasion of Labor Code § 201-203 [Lab. Code, 2699(f)(2)]; and

• $250 per aggrieved employee for alleged violations on two occasions of Labor Code § 226 [Lab. Code, 2699(a)/226.3].

Plaintiff also sought to recover his attorneys' fees of $35,820, based on 35 hours billed by attorney Jeremy A. Rhyne at $500/hr. and 45.8 hours billed by attorney Ruben Escobedo at $400/hr., in addition to approximately $3,000 in litigation costs.

After extensive negotiations, the parties reached a settlement agreement, which the parties recently memorialized in a long-form settlement agreement, a copy of which is attached hereto as **Exhibit 1.**

In sum, the parties' agreement requires Defendant to pay a total of $25,000, including $5,000 directly to Plaintiff in exchange for a general release; $17,500 in attorneys' fees and costs; and $2,500 to be distributed to the Labor & Workforce Development Agency and aggrieved employees in equal shares.

Pursuant to Labor Code § 2699(l)(2), "the superior court shall review and approve any settlement of any civil action filed pursuant to this part. The proposed settlement shall be submitted to the agency at the same time that it is submitted to

the Court." As required, the parties confirm that prior to filing this Stipulation, Plaintiff has submitted this document including Exhibit 1 to the LWDA.

The parties respectfully request that this Court enter the proposed Order Approving Settlement submitted concurrently herewith, and enter judgment accordingly.

DATED: April 23, 2021                **WORKWORLD LAW CORP.**
                                     A Professional Corporation

                                     By:  /s/ Ruben Escobedo
                                     RUBEN ESCOBEDO
                                     Attorneys for Plaintiff, MICHAEL REAL, and on Behalf of Other Members of the Public Similarly Situated and the State of California

DATED: April 22, 2021                **NASSIRI & JUNG LLP**

                                     By:  /s/ Andrew R. Kislik
                                     CHARLES H. JUNG
                                     ANDREW R. KISLIK
                                     Attorneys for Defendant, WILINE NETWORKS INC.