JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 8:20-cv-01606-SB-JDE | Date: | May 25, 2021 |

| Title: | *Michael Real v. WiLine Networks Inc., et al.* |

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |

| Victor Cruz | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:   ORDER APPROVING SETTLEMENT**

The case at issue includes a claim for violations of the California Labor Code and was brought pursuant to the California Private Attorneys General Act (PAGA). The parties filed a stipulation of settlement on April 23, 2021. Dkt. No. 18. Under PAGA, such settlements must be reviewed and approved by the Court. Cal. Lab. Code § 2699(l)(2). However, the Court found that the parties' stipulation—by itself—was insufficient to satisfy PAGA and ordered that the parties file a properly noticed motion to approve the settlement. *See* Dkt. No. 19 (setting forth specific requirements for the contents of the motion). The Court further invited the Labor and Workforce Development Agency (LWDA) to file a response to the proposed settlement. *See id.* at 3 (quoting *Echavez v. Abercrombie & Fitch Co.*, 2017 WL 3669607, at *3 (C.D. Cal. Mar. 23, 2017) ("the Court finds persuasive that LWDA was invited to file a response to the proposed settlement agreement in this case and elected not to file any objections or opposition thereto. The Court infers LWDA's non-response is tantamount to its consent to the proposed settlement terms . . . .")).

      Plaintiff's instant motion (Dkt. No. 20) (Motion), a supporting memorandum from the defense (Dkt. No. 26) (Memo), and other associated filings followed.  In these papers, the parties established that the statutory requirements of a PAGA claim and settlement were properly met (Mot. at 2-5), explained why the proposed settlement is fair and reasonable (*id.* at 5-10), and provided support for the requested fees—including detailed billing entries and counsels' credentials and experience (Dkt. Nos. 21, 21-1, 22, 22-10).  What's more, while the LWDA was notified of the hearing date on this motion, it has not filed any objections or opposition to the Motion.  Dkt. No. 22 ¶ 31.

      Because the parties' supplemental filings satisfy the Court that the proposed settlement is appropriate and fair under PAGA, the Court **GRANTS** the Motion and approves the proposed settlement.

      **IT IS SO ORDERED.**